# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MANUEL GUADALUPE,**

     **Plaintiff,**

**-vs-**               **Case No. 6:05-cv-1035-Orl-31KRS**

**BAGEL KING WHOLESALE, INC.,**
**SCOTT TOURNOUR,**
     **Defendants.**

## ORDER

This case is before the Court on the Settlement Agreement of the parties (Doc. No. 22) filed August 8, 2006. The United States Magistrate Judge has submitted a report recommending that the settlement be accepted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

 1. That the Report and Recommendation filed August 28, 2006 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

 2. The Settlement Agreement entered into by the parties is deemed fair and is approved.

 3. As stipulated to by the parties, and as approved herein, this case is dismissed with prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___18___ day of September, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party